United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 8, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-20366
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMON ARTURO COLATOS-RIVAS, also known as Ramon Rivas Colatos-
Rivas, also known as Ramon Rivas,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:03-CR-441-1
--------------------

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

This court affirmed the conviction and sentence of Ramon

Arturo Colatos-Rivas (Colatos). United States v. Colatos-Rivas,

146 F. App'x 723 (5th Cir. 2005). The Supreme Court vacated and

remanded for further consideration in light of Lopez v. Gonzales,

127 S. Ct. 625 (2006).

Colatos has been deported. He therefore would not legally

be able to attend any resentencing, as is required by FED. R.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

CRIM. P. 43, should this court remand his case. We are unable to grant Colatos relief. His appeal is moot and is dismissed. See United States v. Rosenbaum-Alanis, __ F.3d __, No. 05-41400, 2007 WL 926832, at **1-2 (5th Cir. Mar. 29, 2007).

APPEAL DISMISSED.